UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FEDERATION EMPLOYMENT AND GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>                Debtor. | Chapter 11<br><br>Case No. 15-71074(REG) |
| ROBERT N. MICHAELSON, solely in his capacity as CREDITOR TRUSTEE OF THE FEGS CREDITOR TRUST,<br><br>                Plaintiff,<br><br>vs.<br><br>INSTITUTE FOR FAMILY HEALTH,<br><br>                Defendant. | Adv. Proc. No. 17- 08091 |

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee of the FEGS Creditor Trust of Federation Employment and Guidance Service, Inc. d/b/a "FEGS", the plaintiff in the above captioned adversary proceeding, hereby dismisses the above-referenced adversary proceeding without prejudice as against Defendant Institute For Family Health (the "Defendant"). The Defendant has not filed an answer, responsive pleading, or motion for summary judgment in this adversary proceeding.

Dated: New York, New York
       October 12, 2018

*/s/ Jeffrey P. Nolan*
Ilan D. Scharf, Esq.
Jeffrey P. Nolan, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017

Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Counsel to Robert N. Michaelson, Creditor Trustee of the FEGS Creditor Trust