UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-71074(REG) |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF FEGS,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MED WORLD ACQUISITION<br>CORPORATION,<br><br>　　　　　　　　　　Defendant. | Adv. Proc. No. 17-08067 (REG) |

**ORDER APPROVING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO FED. R. BANKR. P. 9019, <u>FOR ENTRY OF ORDER APPROVING SETTLEMENT</u>**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors, Pursuant to Fed. R. Bankr. P. 9019, for Entry of an Order Approving Settlement* (the "<u>Motion</u>");[1] and the notice of the Motion having been adequate; and sufficient legal and factual bases existing for the relief requested; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157(b)(2); and the Court finding that the settlement agreement was negotiated at arm's length and entered into in good faith by the parties and that the benefits to be derived from the settlement are material and outweigh the risks of the continued pursuit of the adversary, it is hereby ORDERED that:

　　　　　　1.　　The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings given to them in the Motion.

2. The Agreement attached as Exhibit A to the Motion is hereby approved pursuant to Bankruptcy Rule 9019.

3. Defendant will retain any filed or scheduled claim, but waive the right to file any claim pursuant to 11 U.S.C. § 502(h).

4. The Adversary Proceeding shall be and hereby is dismissed with prejudice.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.



**Dated: Central Islip, New York**
**February 5, 2018**

_____
**Robert E. Grossman**
**United States Bankruptcy Judge**