UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>               Debtor. | Chapter 11<br><br>Case No. 15-71074(REG) |
| ROBERT N. MICHAELSON, solely in his<br>capacity as CREDITOR TRUSTEE OF THE<br>FEGS CREDITOR TRUST,<br><br>               Plaintiff,<br><br>       vs.<br><br>MITCHELL / MARTIN INC.,<br><br>               Defendant. | Adv. Proc. No. 17- 08075 (REG) |

**ORDER APPROVING MOTION OF THE TRUSTEE OF THE FEGS CREDITOR
TRUST, PURSUANT TO FED. R. BANKR. P. 9019,
FOR ENTRY OF ORDER APPROVING SETTLEMENT**

Upon consideration of the *Motion of the Trustee of the FEGS Creditor Trust,*

*Pursuant to Fed. R. Bankr. P. 9019, for Entry of an Order Approving Settlement* (the "Motion");[1]

and the notice of the Motion having been adequate; and sufficient legal and factual bases existing

for the relief requested; and the Court having jurisdiction to consider the Motion pursuant to 28

U.S.C. §§ 1334 and 157(b)(2); and the Court finding that the settlement agreement was

negotiated at arm's length and entered into in good faith by the parties and that the benefits to be

derived from the settlement are material and outweigh the risks of the continued pursuit of the

adversary, it is hereby ORDERED that:

        1.     The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings given to them in the Motion.

DOCS_LA:311714.3 27436/002

2.    The Agreement attached as Exhibit A to the Motion is hereby approved pursuant to Bankruptcy Rule 9019.

3.    The Scheduled Claim in favor of the Defendant shall be and hereby is disallowed and expunged.

4.    Any other claim asserted by the Defendant against the Debtor including any claim pursuant to section 502(h) of the Bankruptcy Code shall be and hereby is disallowed.

5.    The Adversary Proceeding shall be and hereby is dismissed with prejudice.

6.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.



**Dated: Central Islip, New York**
**June 22, 2018**

**Robert E. Grossman**
**United States Bankruptcy Judge**

2