UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-71074(REG) |
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF FEGS,<br><br>Plaintiff,<br><br>vs.<br><br>IMA SYSTEMS, LLC<br><br>Defendant. | Adv. Proc. No. 17- 08070 (REG) |

**ORDER APPROVING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO FED. R. BANKR. P. 9019, FOR ENTRY OF ORDER APPROVING SETTLEMENT**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors, Pursuant to Fed. R. Bankr. P. 9019, for Entry of an Order Approving Settlement* (the "Motion");[1] and the notice of the Motion having been adequate; and sufficient legal and factual bases existing for the relief requested; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157(b)(2); and the Court finding that the settlement agreement was negotiated at arm's length and entered into in good faith by the parties and that the benefits to be derived from the settlement are material and outweigh the risks of the continued pursuit of the adversary, it is hereby ORDERED that:

1. The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings given to them in the Motion.

2. The Agreement attached as Exhibit A to the Motion is hereby approved pursuant to Bankruptcy Rule 9019.

3. Claim Nos. 21 and 176 filed by the Defendant shall be and hereby is disallowed and expunged.

4. Any other claim asserted by the Defendant against the Debtor including any claim pursuant to section 502(h) of the Bankruptcy Code shall be and hereby is disallowed.

5. The Adversary Proceeding shall be continued to the next Omnibus hearing date such that the terms of the Agreement can be effectuated.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.



**Dated: Central Islip, New York**
       **February 5, 2018**

**Robert E. Grossman**
**United States Bankruptcy Judge**