UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>            Debtor. | Chapter 11<br><br>Case No. 15-71074 (REG) |
| ROBERT N. MICHAELSON, solely in his capacity AS CREDITOR TRUSTEE OF THE FEGS CREDITOR TRUST,<br><br>            Plaintiff,<br><br>vs.<br><br>RPAI US MANAGEMENT, INC. | Adv. Case No. 17-08062 (REG) |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                         )
COUNTY OF NEW YORK       )

      I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

      On October 12, 2018, I caused the *Notice of Hearing on the Motion of the Trustee of the FEGS Creditor Trust, Pursuant To Fed. R. Bankr. P. 9019, For Entry of an Order Approving Settlement* [Docket No. 1118] to be served on the attached service list.

                                                                               */s/ La Asia S. Canty*
                                                                                  La Asia S. Canty

**NOTICE OF ELECTRONIC FILING (NEF)**

- Esther Adzhiashvili    esther.adzhiashvili@skadden.com
- Jonathan Mark Agudelo    jonathan.agudelo@ropesgray.com
- Colin B. Albaugh    albaugh.colin@pbgc.gov, efile@pbgc.gov
- Richard F Artura    bankruptcy@pwqlaw.com, paper9@aol.com
- Christopher S Baluzy    cbaluzy@carykane.com
- Ryan J Barbur    rbarbur@levyratner.com, rbarbur@levyratner.com
- Jonathan M Bardavid    jonathan@tfsllp.com
- Andrew R. Beatty    andrew.beatty@skadden.com
- Jarrett M Behar    jbehar@skmlaw.net
- Camille C. Bent    cbent@bakerlaw.com, bhlitdocket@bakerlaw.com
- Leslie A Berkoff    lberkoff@moritthock.com
- Adam T Berkowitz    aberkowitz@garfunkelwild.com, ehuggler@garfunkelwild.com
- James L Bernard    jbernard@stroock.com, docketing@stroock.com
- Daniel B Besikof    dbesikof@loeb.com
- Laureve D Blackstone    lblackstone@levyratner.com
- William P Caffrey    wcaffrey@hmylaw.com, lmaxson@hmylaw.com;kcastellan@hmylaw.com
- Larry Cary    lcary@carykane.com
- Melissa Sy Chan    mchan@carykane.com, ghewitt@carykane.com
- Jeffrey C Chancas    jchancas@borahgoldstein.com
- David M Cheifetz    dcheifetz@stroock.com
- Seth M Choset    schoset@wgplaw.com
- Kieran J Conlon    kconlon@ryanconlon.com
- Dominic T D'Ascoli    calendar@brkblaw.com
- Joaquin C. De Baca    jcdebaca@mayerbrown.com
- Stephen A Donato    sdonato@bsk.com, tayers@bsk.com;kdoner@bsk.com
- Thomas A Draghi    tdraghi@westermanllp.com, mhennessy@westermanllp.com
- Dean Dreiblatt    ddreiblatt@roseandroselaw.com
- Robert J Feinstein    rfeinstein@pszjlaw.com
- Louisa A Fennell    fennell.louisa@pbgc.gov, efile@pbgc.gov
- Jerold C Feuerstein    jfeuerstein@kandfllp.com, jleibowitz@kandfllp.com;litigation@kandfllp.com;rlau@kandfllp.com
- Melanie A FitzGerald    MFitzgerald@lhmlawfirm.com
- Jonathan L Flaxer    jflaxer@golenbock.com, mweinstein@golenbock.com;jsavitsky@golenbock.com
- Daniel F Flores    daniel.flores@wilsonelser.com
- Stephen M Forte    sforte@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- Edward M Fox    emfox@seyfarth.com
- Stuart P Gelberg    spg@13trustee.net
- Eric S. Goldstein    egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- Christopher F Graham    cgraham@eckertseamans.com
- Arnold Mitchell Greene    amg@robinsonbrog.com, rms@robinsonbrog.com;ls@robinsonbrog.com;cy@robinsonbrog.com;nfm@robinsonbrog.com
- Eric J Haber    ehaber@cooley.com
- Michael D. Hamersky    mhamersky@grifflegal.com
- Carrie V Hardman    chardman@winston.com
- Joseph J Haspel    jhaspel@haspellaw.net, leslie@haspellaw.net
- Matthew B Heimann    mheimann@mccarter.com
- Mickee M. Hennessy    mhennessy@westermanllp.com
- Suzanne Hepner    shepner@levyratner.com, rbarbur@levyratner.com;jcisneros@levyratner.com;lblackstone@levyratner.com;klehmann@levyratner.com
- Gary F. Herbst    gh@lhmlawfirm.com
- Claude Michael Higgins    michael.higgins@ag.ny.gov
- Randall Hirsch    rhirsch@wiesnerfirm.com
- Marie Polito Hofsdal    marie.hofsdal@wilsonelser.com
- Eric H Horn    ehorn@vogelbachpc.com, vb@vogelbachpc.com
- Robert J. Howard    rhoward@riklawfirm.com
- Roland Gary Jones    rgj@rolandjones.com, pacer.rolandjones@gmail.com

- Zachary B Kass    zkass@law.nyc.gov
- Dov Kesselman    dkesselman@seyfarth.com
- Denis J Kiely    dkiely@kielyllp.com
- Taylor Dorn Kopelan    tdk@dhclegal.com
- Ethan Krasnoo    ekrasnoo@rpllaw.com
- Geri S. Krauss    gsk@kraussny.com
- Ryan Lawlor    rlawlor@msllegal.com
- Mark G Ledwin    mark.ledwin@wilsonelser.com
- Stephen D Lerner    stephen.lerner@squirepb.com
- Michael J Levin    mlevin@hinshawlaw.com, mfaynshtayn@simonlawyers.com
- Michael J Levin    mlevin@simonlawyers.com, mfaynshtayn@simonlawyers.com
- Edward J LoBello    elobello@msek.com
- Gerard R Luckman    GLuckman@SilvermanAcampora.com, GLuckman@Forchellilaw.com;Bhufnagel@forchellilaw.com
- Michael G McAuliffe    mgmlaw@optonline.net
- Benjamin Patrick McCallen    bmccallen@willkie.com, maoebny@willkie.com
- Lori M Meyers    lmeyers@seyfarth.com
- Mark H. Moore    mmoore@rpl-law.com
- Scott D Musoff    scott.musoff@skadden.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Frank A Oswald    frankoswald@teamtogut.com, dcahir@teamtogut.com;dperson@teamtogut.com;adeering@teamtogut.com;apirraglia@teamtogut.com
- Douglas J Pick    dpick@picklaw.net, ezabicki@picklaw.net
- Thomas A Pitta    tpitta@emmetmarvin.com, pdelrio@emmetmarvin.com
- Constantine D Pourakis    cp@stevenslee.com, cp@stevenslee.com
- Kristin E Richner    kristin.richner@squiresanders.com
- Michael John Riela    riela@thsh.com
- Yenisey Rodriguez-McCloskey    yenisey@rodriguezmccloskey.com
- Kara M Rosen    krosen@ekjlaw.com
- Mark A Salzberg    mark.salzberg@squirepb.com
- Marc A Samuel    mas@msamuelpc.com
- Ilan D Scharf    ischarf@pszyjw.com
- Thomas J Schell    tjschell@bryancave.com, dortiz@bryancave.com
- Lewis W Siegel    lws@lwsesq.com
- Edward A Smith    easmith@sbjlaw.com
- S Stewart Smith    ssmith@bbwg.com
- Robin Spigel    rspigel@willkie.com, maoebny@willkie.com
- Henry G Swergold    hswergold@platzerlaw.com
- Domenick J Tammaro    dtammaro@sbjlaw.com
- Thomas Torto    tomtorto@aol.com, ttorto@tortolaw.com
- United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
- Veronique Anne Urban    vurban@farrellfritz.com
- Elizabeth Vladeck    lvladeck@carykane.com
- Peter A Walker    pwalker@seyfarth.com
- Grayson T Walter    gwalter@bsk.com, kdoner@bsk.com;lfelicia@bsk.com
- David H Wander    dhw@dhclegal.com
- Gilbert B Weisman    notices@becket-lee.com
- Burton S Weston    bweston@garfunkelwild.com, ehuggler@garfunkelwild.com;ashah@garfunkelwild.com;aberkowitz@garfunkelwild.com
- Latonia C Williams    lwilliams@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- Matthew Cory Williams    mwilliams@fmdlegal.com, thart@fmdlegal.com,pmartin@fmdlegal.com,cbellner@fmdlegal.com
- Jamila Willis    Jamila.Willis@dlapiper.com, jamila-willis-6144@ecf.pacerpro.com
- Gary Yale Wirth    gwirth@wirthlawfirm.com
- Lee E Woodard    bkemail@harrisbeach.com, ktompsett@harrisbeach.com;kgriffith@harrisbeach.com;frichenberg@harrisbeach.com
- Stan Y Yang    stan.y.yang@usdoj.gov, stan.y.yang@usdoj.gov
- Eric C Zabicki    dpick@picklaw.net, ezabicki@picklaw.net
- Rosalie G Zuckerman    zuckermanr@coned.com

**SERVED BY UNITED STATES MAIL**:

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: STAN Y. YANG, ESQ.
ALFONSE M. D'AMATO U.S. COURTHOUSE
560 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722


**SERVED BY EMAIL**

ROLAND GARY JONES
RGJ@ROLANDJONES.COM