UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FEDERATION EMPLOYMENT AND<br>GUIDANCE SERVICE, INC. d/b/a FEGS,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 15-71074 (REG) |
| ROBERT N. MICHAELSON, solely in his capacity AS CREDITOR TRUSTEE OF THE FEGS CREDITOR TRUST,<br><br>                    Plaintiff,<br><br>vs.<br><br>RPAI US MANAGEMENT, INC.,<br><br>                    Defendant. | Adv. Proc. No. 17-08062 (REG) |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                                               )
COUNTY OF NEW YORK    )

I, La Asia S. Canty, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On October 12, 2018, I caused the *Notice and Motion of the Trustee of the FEGS Creditor Trust, Pursuant To Fed. R. Bankr. P. 9019, For Entry of an Order Approving Settlement* [Docket No. 47] to be served on the attached service list.

Please note that the *Notice of Hearing on the Motion of the Trustee of the FEGS Creditor Trust, Pursuant To Fed. R. Bankr. P. 9019, For Entry of an Order Approving Settlement* [Docket No. 1118 in Bankruptcy Case No. 15-71074] and the related certificate of service [Docket No.

48] evidencing that notice of hearing and the opportunity to object was given to all creditors in Bankruptcy Case No. 15-71074, were also filed.

                                                                                    */s/ La Asia S. Canty*
                                                                                     La Asia S. Canty

**SERVED BY UNITED STATES MAIL**:

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: STAN Y. YANG, ESQ.
ALFONSE M. D'AMATO U.S. COURTHOUSE
560 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722


**SERVED BY EMAIL**

ROLAND GARY JONES
RGJ@ROLANDJONES.COM